**McCARTHY & HOLTHUS, LLP**
James M. Hester, Esq. (SBN: 122133)
Melissa Robbins, Esq. (SBN: 246723)
1770 Fourth Avenue
San Diego, CA  92101
Telephone:     (619) 685-4800
Facsimile:     (619) 685-4810

Attorneys for Defendants,
Nationstar Mortgage, LLC,
Quality Loan Service Corporation,
and Mortgage Electronic Registration Systems, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORN GUILBERT and HAMISI GUILBERT,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE; FREMONT INVESTMENT & LOAN; QUALITY LOAN SERVICE; MORTGAGE ELECTONIC REGISTRATION SYSTEMS, INC.; HOLSUM MORTGAGE; DORIAN PARKER; MONICA CAREATHERS and DOES 1-20 inclusive,<br><br>Defendants. | Case No.  2:10-CV-00281 FCD JFM<br><br>[Removal from Superior Court of California, County of Sacramento, Case No. 34-2009-00066779]<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT** |

Having considered the Stipulation to Remand Case to State Court filed by the Parties, and good cause appearing,

IT IS HEREBY ORDERED, that based on the stipulations of the parties set forth above, the above-entitled action shall be remanded back to the Superior Court of the State of California, County of Sacramento as Case No. 34-2009-00066779.

Dated: March 8, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE